# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED FEBRUARY 12, 2020

## NO. 03-19-00839-CR

**Ashton Blake Locke, Appellant**

**v.**

**The State of Texas, Appellee**

### APPEAL FROM THE 391ST DISTRICT COURT OF TOM GREEN COUNTY
### BEFORE CHIEF JUSTICE ROSE, JUSTICES BAKER AND TRIANA
### DISMISSED FOR WANT OF JURISDICTION-- OPINION BY JUSTICE TRIANA

This is an appeal from the trial court's pretrial order denying Appellant's court-appointed counsel's motion to withdraw. Having reviewed the record, it appears that the Court lacks jurisdiction over this appeal. Therefore, the Court dismisses the appeal for want of jurisdiction. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.